

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2021

No. 04-21-00065-CV

Abelardo **GONZALEZ,**
Appellant

v.

The Honorable Jose A**. LOPEZ,**
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLI001815C3
Honorable Missy Medary, Judge Presiding

# O R D E R

In a previous matter arising out of the underlying proceeding, the trial court awarded appellee $300.00 in attorney's fees as sanctions against appellant. On December 23, 2020, this court reversed that sanctions order and remanded the matter to the trial court for a new hearing. The clerk's record in this appeal shows that following the hearing on remand, the trial court signed a May 4, 2021 order denying "the requested $300.00 in attorney's fees against" appellant. The May 4, 2021 order is the order at issue in this appeal. As of the date of this order, only appellant filed a notice of appeal from that order.

The Texas Supreme Court has held that "an appealing party may not complain of errors that do not injuriously affect it or that merely affect the rights of others." *Torrington Co. v. Stutzman*, 46 S.W.3d 829, 843 (Tex. 2000). Based on this record, it appears appellant is attempting to appeal an order that "merely affects the rights of" appellee alone. As a result, it appears that appellant lacks standing to bring this appeal. *See id.*; *see also In re P.R.*, 615 S.W.3d 474, 482 (Tex. App.—Texarkana 2020, no pet.) (holding father lacked standing to appeal order denying petition to terminate his parental rights). We therefore **ORDER** appellant to show cause in writing **by May 27, 2021** why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All other deadlines in this matter are suspended until further order of this court.

_____
Beth Watkins, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court